| Case No: | 19-40222 | Judge: DALE L. SOMERS | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | VALLEY GRAIN AND FERTILIZER COMPANY | | Date Filed (f) or Converted (c): | 03/08/19 (f) |
| | | | 341(a) Meeting Date: | 04/01/19 |
| For Period Ending: | 03/31/20 | | Claims Bar Date: | 10/11/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank of Highland, checking | 55.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 53.00 | 0.00 | | 0.00 | FA |
| 3. Accounts receivable | 52,304.36 | 0.00 | | 0.00 | 1,000.00 |
| 4. Valley Grain and Fetilizer Co., Inc. Stock | 0.00 | 0.00 | | 0.00 | FA |
| 5. Agricultural Equipment | 512,500.00 | 0.00 | | 0.00 | 20,000.00 |
| 6. Office equipment and funiture | 500.00 | 0.00 | | 0.00 | 200.00 |
| 7. 1752 Coronado Rd, Highland , KS , Land | 6,131.00 | 0.00 | | 0.00 | 5,000.00 |
| 8. Building-Main Facility 1752 Coronando Rd, KS | 766,528.00 | 0.00 | | 0.00 | 550,000.00 |
| 9. Shareholder Loans | 0.00 | 0.00 | | 0.00 | 2,000.00 |
| 10. Asset Purchase Agreement | 1,000,000.00 | 0.00 | | 0.00 | FA |
| 11. Property tax rebates (u) | 3,035.04 | 3,035.04 | | 3,035.04 | FA |
| 12. Everest KS Real Estate, Block 44 (u) | 0.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 13. 409 Main Street, Everest KS (u) | 0.00 | 35,000.00 | | 0.00 | 35,000.00 |
| TOTALS (Excluding Unknown Values) | $2,341,106.40 | $39,035.04 | | $3,035.04 | Gross Value of Remaining Assets $614,200.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/31/20 - Trustee has determined that property collected by prior trustee is subject to a lien; trustee intends to file motion to pay secured creditor and administrative expenses;

3/18/20 - Trustee filed motion to Abandon property of the Estate - objection deadline is 4/8/20;

3/12/20 - Order Employing Accountant entered [DOC# 30];

2/27/20 - Order Employing SRR as Attorney for Trustee entered [DOC #27];

| | | | |
|---|---|---|---|
| Case No: | 19-40222  Judge: DALE L. SOMERS | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
| Case Name: | VALLEY GRAIN AND FERTILIZER COMPANY | Date Filed (f) or Converted (c): | 03/08/19 (f) |
| | | 341(a) Meeting Date: | 04/01/19 |
| | | Claims Bar Date: | 10/11/19 |

2/27/20 - Trustee filed application to employ Rebein as attorney and intends to file a motion to abandon assets 3 and 9
; trustee fully administered assets 1 and 2 and is evaluating an offer to purchase remaining assets;

2/25/20 - Prior trustee has fully administered assets 4, 10 and 11 and was pursuing assets 1 - 3, 5 - 9, 12 and 13;

2/7/20 - Steve Rebein is appointed successor trustee upon resignation of Baer;

1/27/20  - Notes from RBaer: #10 was an agreement that included essentially all assets and did not close. The Trustee is trying to complete a sale of assets. Receivables and shareholder loans are subject to a perfected security interest. The receivables and shareholder loans are of very questionable collectability.

RE PROP# 3---Subject to security interest;

Initial Projected Date of Final Report (TFR): 04/01/20      Current Projected Date of Final Report (TFR): 01/15/21

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| | |
|---|---|
| Case No: | 19-40222 |
| Case Name: | VALLEY GRAIN AND FERTILIZER COMPANY |
| Taxpayer ID No: | *******8046 |
| For Period Ending: | 03/31/20 |

| | |
|---|---|
| Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******1540 Checking Account |
| Blanket Bond (per case limit): | $ 23,148,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/26/20 | | Robert L. Baer, Trustee | Receipt of funds from prior trustee | 1290-000 | 3,035.04 | | 3,035.04 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 3,035.04 | 0.00 | 3,035.04 |
| Less: Bank Transfers/CD's | 3,035.04 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals   3,035.04   0.00

Ver: 22.02c
LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-40222 | | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
|---|---|---|---|---|
| Case Name: | VALLEY GRAIN AND FERTILIZER COMPANY | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******2108  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8046 | | | |
| For Period Ending: | 03/31/20 | | Blanket Bond (per case limit): | $ 23,148,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/19 | 11 | DONIPHAN COUNTY TREASURER<br>PO BOX 308<br>TROY KS 66087 | PYMT OF PROPERTY TAX REBATES | 1224-000 | 131.10 | | 131.10 |
| 10/31/19 | 11 | DONIPHAN COUNTY TREASURER<br>PO BOX 308<br>TROY KS 66087 | PYMT OF PROPERTY TAX REBATES | 1224-000 | 2,627.85 | | 2,758.95 |
| 10/31/19 | 11 | DONIPHAN COUNTY TREASURER<br>PO BOX 308<br>TROY KS 66087 | PYMT OF PROPERTY TAX REBATES | 1224-000 | 276.09 | | 3,035.04 |
| 02/26/20 | 002001 | Steven R. Rebein | Transfer funds to successor trustee | 1290-002 | | 3,035.04 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,035.04 | 3,035.04 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 3,035.04 | |
| Subtotal | 3,035.04 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,035.04 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1540 | 0.00 | 0.00 | 3,035.04 |
| Checking Account (Non-Interest Earn - ********2108 | 3,035.04 | 0.00 | 0.00 |
| | 3,035.04 | 0.00 | 3,035.04 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     3,035.04     3,035.04